AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL DIVISION     District of    MASSACHUSETTS

CHRISTIAN SCHWENK

V.

AUBURN SPORTSPLEX, LLC,
DENNIS NATOLI, JOHN NATOLI,
PETER NATOLI

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40071 FDS**

TO: (Name and address of Defendant)

Peter Natoli
406 Treasure Island
Webster MA 01570

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul E. Linet, Esq.
Law Offices of Paul E. Linet, P.C.
Post Office Box 533
Acton MA 01720

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK     5/11/05

(By) DEPUTY CLERK     DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 13, 2005 @1:20pm |
| NAME OF SERVER (PRINT) William E. George | TITLE Constable |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:   406 Treasure Island, Webster, MA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/13/05
             *Date*

*Signature of Server*

340 Main St., Worcester, MA 01608
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.