UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 05-40071-FDS

CHRISTIAN SCHWENK
    Plaintiff,

v.

AUBURN SPORTSPLEX, LLC,
DENNIS NATOLI, JOHN NATOLI,
AND PETER NATOLI,
    Defendants

### DEFENDANTS' RULE 16.1(D) STATEMENT

The Defendants hereby submit this Statement pursuant to Fed. R. Civ. P. 26.1 and Local Rule 16.1(d). The Defendants' counsel did not respond timely to Plaintiff's request to confer and has apologized to Plaintiff's counsel.

#### Discovery Plan

Defendants have no objection to the Discovery Plan proposed by the Plaintiff.

#### Other Matters

The only other matter that may require the Court's attention at the conference is whether this Court has jurisdiction.

    Auburn Sportsplex, LLC
    Dennis Natoli, John Natoli,
    and Peter Natoli
    by their attorneys,

    */s/ William J. Ritter*
    William J. Ritter, Esquire
    BBO #552397
    Natañia M. Davis, Esquire
    BBO # 651838
    Pojani Hurley Ritter & Salvidio, LLP
    446 Main Street
    Worcester, MA 01608
    Phone: 508.798.2480

FROM :                          FAX NO. :                              Oct. 12 2005 02:48PM P1
10/12/05  14:08 FAX 5087979561        POJANI HURLEY RITTER & S                    ☑002

## CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the Defendants, Auburn Sportsplex, LLC, Dennis Natoli, John Natoli, and Peter Natoli, and the undersigned counsel, hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution.

_____           _____
Dennis Natoli                        Peter Natoli

                                     Auburn Sportsplex, LLC
_____
John Natoli                          By: Peter Natoli, Manager

                                     _____
                                     William J. Ritter, Esquire

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2005, I served a copy of the within Defendants Rule 16.1(d) Statement by mailing same postage prepaid upon:

Paul E. Linet, Esquire
Law Offices of Paul E. Linet, P.C.
PO Box 533
Acton, MA  01720

Douglas L. Fox, Esquire
Shumway, Giguere & Fox, P.C.
19 Cedar Street
Worcester, MA  01609

                                                William J. Ritter, Esquire
                                                Natañia M. Davis, Esquire

Dated: 10/13/05