UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 05 CV 40071-FDS

*************************************)
CHRISTIAN SCHWENK,                   )
        Plaintiff             )
                                     )
v.                                   )
                                     )
AUBURN SPORTSPLEX, LLC, DENNIS       )
NATOLI, JOHN NATOLI, and PETER       )
NATOLI,                              )
        Defendants            )
*************************************

## ASSENTED TO MOTION TO AMEND COMPLAINT

The parties, pursuant to Fed.R.Civ.P. 15, hereby moves to amend his Complaint by referencing the existing allegations in the Complaint as Count I and by the addition of Count II through Count VI. As grounds therefore, Plaintiff states that the new Count II sets forth a valid cause of action, this matter is in the beginning stages, and Defendants will not be prejudiced by the amendment.

The Proposed Amended Complaint is attached hereto. Plaintiff further moves that the Complaint be taken and treated as so amended as of the date this motion is allowed.

| Defendants, | Plaintiff, |
|---|---|
| By their attorney, | By his attorney, |
| William J. Ritter, Esq. | Douglas L. Fox, Esq |
| BBO#: | BBO#: 176380. |
| Pojani, Hurley, Ritter & Salvidio, LLP | Shumway, Giguere & Fox, PC |
| 446 Main Street, 21st Floor | 19 Cedar Street |
| Worcester, MA 01608 | Worcester, MA 01609 |
| (508).798-2480 | (508) 756-2323 |