UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 05-40071-FDS

CHRISTIAN SCHWENK
    Plaintiff,

v.

AUBURN SPORTSPLEX, LLC,
DENNIS NATOLI, JOHN NATOLI,
AND PETER NATOLI,
    Defendants

## ASSENTED TO MOTION TO WITHDRAW DEFENDANTS' AUBURN SPORTSPLEX, LLC, DENNIS NATOLI, JOHN NATOLI AND PETER NATOLI MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF JURISICTION

    The Defendants Auburn Sportsplex, LLC, Dennis Natoli, John Natoli, and Peter Natoli (collectively "Defendants") hereby move to withdraw its previously filed Motion to Dismiss.

    This motion is assented to by the Plaintiff.

Auburn Sportsplex, LLC
Dennis Natoli, John Natoli,
and Peter Natoli
by their attorneys,

*s/ William J. Ritter* .
William J. Ritter, Esquire
BBO# 552397
Natañia M. Soto
BBO# 651838
Pojani Hurley Ritter & Salvidio, LLP
446 Main Street
Worcester, MA 01608
Phone: 508.798.2480

<u>Certification of Local R. 7.1(A)(2)</u>

       I hereby certify that pursuant to Local R. § 7.1(A)(2), I have conferred with opposing counsel, Paul E. Linet, Esquire and Douglas L. Fox, Esq. in good faith to resolve and/or narrow the issues and counsel has assented to this motion.

CERTIFICATE OF SERVICE

       I hereby certify that on January 4, 2006, I served a copy of the within Defendants' Auburn Sportsplex, LLC, Dennis Natoli, John Natoli and Peter Natoli Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction by mailing same postage prepaid upon:

Paul E. Linet, Esquire
Law Offices of Paul E. Linet, P.C.
PO Box 533
Acton, MA  01720

Douglas L. Fox, Esquire
Shumway, Giguere & Fox, P.C.
19 Cedar Street
Worcester, MA  01609

                                <u>s/ William J. Ritter</u>                                .
                                William J. Ritter, Esquire