UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 05-40071-FDS

---

CHRISTIAN SCHWENK
    Plaintiff,

v.

AUBURN SPORTSPLEX, LLC,
DENNIS NATOLI, JOHN NATOLI,
AND PETER NATOLI,
    Defendants

---

### DEFENDANTS AUBURN SPORTSPLEX, LLC, DENNIS NATOLI, JOHN NATOLI AND PETER NATOLI'S LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO AMEND/REVISE SCHEDULING ORDER

    The Defendants Auburn Sportsplex, LLC, Dennis Natoli, John Natoli, and Peter Natoli (collectively "Defendants") hereby object to Plaintiff's Motion to Amend/Revise Scheduling Order to the extent it requires the Defendants to designate trial experts at the same time as Plaintiff's trial experts.

    The Defendants will not know if it needs an expert until after the Plaintiff's disclosure of his expert, the expert's expected testimony and possibly the deposition of the expert.

    Defendants respectfully request that the Court postpone Defendants expert disclosure until sixty (60) days after Plaintiff's Rule 26(a)(2) disclosures.

        Auburn Sportsplex, LLC
Dennis Natoli, John Natoli,
and Peter Natoli
by their attorneys,


*s/ William J. Ritter*                               .
William J. Ritter, Esquire
BBO# 552397
Natañia M. Soto
BBO# 651838
Pojani Hurley Ritter & Salvidio, LLP
446 Main Street
Worcester, MA 01608
Phone: 508.798.2480


## CERTIFICATE OF SERVICE

     I hereby certify that on February 9, 2006, I served a copy of the within DEFENDANTS AUBURN SPORTSPLEX, LLC, DENNIS NATOLI, JOHN NATOLI AND PETER NATOLI'S LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO AMEND/REVISE SCHEDULING ORDER by electronic filing and/or mailing same postage prepaid upon:

Paul E. Linet, Esquire
Law Offices of Paul E. Linet, P.C.
PO Box 533
Acton, MA 01720

Douglas L. Fox, Esquire
Shumway, Giguere & Fox, P.C.
19 Cedar Street
Worcester, MA 01609

        *s/ William J. Ritter*                               .
William J. Ritter, Esquire