UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 05-40071-FDS

_____

CHRISTIAN SCHWENK
    Plaintiff,

v.

AUBURN SPORTSPLEX, LLC,
DENNIS NATOLI, JOHN NATOLI,
AND PETER NATOLI,
    Defendants

_____

### DEFENDANTS', AUBURN SPORTSPLEX, LLC, DENNIS NATOLI, JOHN NATOLI AND PETER NATOLI, MOTION FOR SUMMARY JUDGMENT ON COUNTS II AND V OF PLAINTIFF'S FIRST AMENDED COMPLAINT

    The Defendants, Auburn Sportsplex, LLC, Dennis Natoli, John Natoli and Peter Natoli (collectively, "Sportsplex"), hereby move, pursuant to Fed. R. Civ. P. 56, that this Court enter Summary Judgment in its favor on Counts II and V of Plaintiff's First Amended Complaint. In support of this motion, Sportsplex states that there is no genuine issue as to any material fact and that it is entitled to judgment as a matter of law because:

1.     The Ownership Purchase Agreement upon which Plaintiff relies in support of his Breach of Contract claim (Count II) required Plaintiff to invoke his "refund" rights within 12 months of the agreement, which Plaintiff failed to do; and

2.     Chapter 93A of the Massachusetts General Laws has no application internal private disputes of a business entity.

    In further support of this motion, Sportsplex relies on the pleadings filed to date, the Affidavit of William J. Ritter and Defendants' Memorandum in Support of Defendants, Auburn Sportsplex, LLC, Dennis Natoli, John Natoli And Peter Natoli, Motion For Summary Judgment on Counts II and V of Plaintiff's First Amended Complaint.

    WHEREFORE, the Defendants respectfully request that this Court enter Summary

Judgment in favor of Defendants, Auburn Sportplex, LLC, Dennis Natoli, John Natoli and Peter Natoli on Counts II and V of Plaintiff's First Amended Complaint.

        Auburn Sportsplex, LLC,
        Dennis Natoli, John Natoli,
        and Peter Natoli
        by their attorneys,

        *s/ William J. Ritter*
        William J. Ritter, Esquire
        BBO #552397
        Natañia M. Davis, Esquire
        BBO # 651838
        Pojani Hurley Ritter & Salvidio, LLP
        446 Main Street
        Worcester, MA 01608
        Phone: 508.798.2480

### CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I served a copy of the within Defendants', Auburn Sportsplex, LLC, Dennis Natoli, John Natoli And Peter Natoli, Motion For Summary Judgment by first class mail postage prepaid upon:

Paul E. Linet, Esquire
Law Offices of Paul E. Linet, P.C.
PO Box 533
Acton, MA 01720

and by electronic filing upon:

Douglas L. Fox, Esquire
Shumway, Giguere & Fox, P.C.
19 Cedar Street
Worcester, MA 01609

        *s/ William J. Ritter*
        William J. Ritter, Esquire
        Natania M. Davis, Esquire