UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 05 CV 40071-FDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
CHRISTIAN SCHWENK,                  )
         Plaintiff           )
                                    )
v.                                  )
                                    )
AUBURN SPORTSPLEX, LLC, DENNIS      )
NATOLI, JOHN NATOLI, and PETER      )
NATOLI,                             )
         Defendants          )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WITHDRAWAL OF PLAINTIFF'S RULE 56(F) AFFIDAVIT

1. Plaintiff hereby withdraws its Rule 56(f) affidavit which was electronically filed on November 2, 2006.

                                                  *s/ Douglas L. Fox*
                                                  Douglas L. Fox, Esq
                                                  BBO#:   176380.
                                                  Shumway, Giguere & Fox, PC
                                                  19 Cedar Street
                                                  Worcester, MA  01609
                                                  (508) 756-2323