UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.:  05 CV 40071-FDS

```
*************************************)
CHRISTIAN SCHWENK,                   )
            Plaintiff                )
                                     )
v.                                   )
                                     )
AUBURN SPORTSPLEX, LLC, DENNIS       )
NATOLI, JOHN NATOLI, and PETER       )
NATOLI,                              )
            Defendants               )
*************************************
```

JOINT MOTION TO POSTPONE PRE TRIAL CONFERENCE
─────────────────────────────────────────────

The parties in the above matter hereby jointly move for a 90 day postponement of the Pre Trial Conference presently scheduled on May 30, 2007, upon the grounds that the Plaintiff Christian Schwenk has recently passed away, and plaintiff counsel is in the process of working with family members to probate the estate so that there may be a substitution of parties.

| | |
|---|---|
| Defendants, | Plaintiff, |
| By their attorney, | By his attorney, |
| | |
| _____/S/   William J. Ritter_____ | _____/S/    Douglas L. Fox_____ |
| William J. Ritter, Esq. | Douglas L. Fox, Esq |
| BBO#: | BBO#:   176380. |
| Pojani, Hurley, Ritter & Salvidio, LLP | Shumway, Giguere & Fox, PC |
| 446 Main Street, 21st Floor | 19 Cedar Street |
| Worcester, MA  01608 | Worcester, MA  01609 |
| (508) 798-2480 | (508) 756-2323 |