UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 05 CV 40071-FDS

*************************************)
CHRISTIAN SCHWENK,            )
         Plaintiff            )
                                  )
v.                            )
                                  )
AUBURN SPORTSPLEX, LLC, DENNIS )
NATOLI, JOHN NATOLI, and PETER )
NATOLI,                       )
         Defendants           )
*************************************

### SUGGESTION OF DEATH

      Plaintiff hereby suggests upon the record the death of Christian Schwenk as of March 25, 2007. A copy of the death certificate is attached. Mr. Schwenk's estate is being probated in Florida and as soon as a personal representative has been appointed, Plaintiff will move to substitute.

                                         */s/ Douglas L. Fox*
                                         Douglas L. Fox, Esq
                                         BBO#:   176380.
                                         Shumway, Giguere & Fox, PC
                                         19 Cedar Street
                                         Worcester, MA  01609
                                         (508) 756-2323

### CERTIFICATE OF SERVICE

      On this 16th day of July, 2007, I, Douglas L. Fox, Esquire, hereby certify that I served the within ***Suggestion of Death*** upon the Defendants, by mailing a copy of the same, first-class mail, postage prepaid, to Defendants' Counsel of Record:

William J. Ritter, Esq.
Pojani, Hurley, Ritter & Salvidio, LLP
446 Main Street, 21st Floor
Worcester, MA  01608
Fax:    (508) 797-9561


        /S/    Douglas L. Fox
*DOUGLAS L. FOX, ESQUIRE*
BBO #176380