UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 05-40071-FDS

---

CHRISTIAN SCHWENK
    Plaintiff,

v.

AUBURN SPORTSPLEX, LLC,
DENNIS NATOLI, JOHN NATOLI,
AND PETER NATOLI,
    Defendants

---

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my withdrawal of appearance as attorney for the Defendants Auburn Sportsplex, LLC, Dennis Natoli, John Natoli and Peter Natoli in the above entitled case.

    Auburn Sportsplex, LLC,
    Dennis Natoli, John Natoli
    and Peter Natoli
    by their attorney,

    *s/ Natania M. Davis*    .
    William J. Ritter, Esquire
    BBO #552397
    Natañia M. Davis, Esquire
    BBO # 651838
    Pojani Hurley Ritter & Salvidio, LLP
    446 Main Street
    Worcester, MA 01608
    Phone: 508.798.2480

CERTIFICATE OF SERVICE

  I hereby certify that on September 21, 2007, I served a copy of the within Notice of Withdrawal of Appearance by

mailing a copy of same postage prepaid upon:

Paul E. Linet, Esquire
Law Offices of Paul E. Linet, P.C.
PO Box 533
Acton, MA  01720

and by electronic filing upon:

Douglas L. Fox, Esquire
Shumway, Giguere & Fox, P.C.
19 Cedar Street
Worcester, MA  01609

                *s/ William J. Ritter*                .
                William J. Ritter, Esquire