UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 05-40071-FDS

CHRISTIAN SCHWENK
    Plaintiff,

v.

AUBURN SPORTSPLEX, LLC,
DENNIS NATOLI, JOHN NATOLI,
AND PETER NATOLI,
    Defendants

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.5.2 (c), I, William J. Ritter, attorney for the Defendants Auburn Sportsplex, LLC, Dennis Natoli, John Natoli, and Peter Natoli hereby move for leave to withdraw as counsel for the Defendants. In support of this Motion, counsel state as follows:

1. There has been an irrevocable breakdown of the attorney-client relationship;

2. the particulars of the breakdown involve matters protected by the attorney-client privilege and cannot be disclosed in this Motion;

3. Notice of this Motion has been sent to the Defendants;

4. No motions are currently pending and counsel has concurrently moved to continue the Pre-Trial Conference scheduled for November 7, 2007 to afford the Defendants an opportunity to retain successor counsel; and

5. Counsel apologizes to the extent this Motion inconveniences the Court.

Wherefore, William J. Ritter requests leave to withdraw as counsel for the Defendants.

                                                  Auburn Sportsplex, LLC,
                                                  Dennis Natoli, John Natoli
                                                  and Peter Natoli
                                                  by their attorney,

                                                  *s/ William J. Ritter*                               .
                                                  William J. Ritter, Esquire
                                                  BBO #552397
                                                  Pojani Hurley Ritter & Salvidio, LLP
                                                  446 Main Street
                                                  Worcester, MA 01608
                                                  Phone: 508.798.2480

CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2007, I served a copy of the within MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD by

mailing a copy of same postage prepaid upon:

Paul E. Linet, Esquire
Law Offices of Paul E. Linet, P.C.
PO Box 533
Acton, MA  01720

John Natoli
13 Gilbert Way
Millbury, MA 01527-1420

Peter Natoli
406 Treasure Island
Webster, MA  01570

Dennis Natoli
370 South Street
Auburn, MA  01501

Auburn Sportsplex, LLC
PO Box 124
Auburn, MA  01501

and by electronic filing upon:

Douglas L. Fox, Esquire
Shumway, Giguere & Fox, P.C.
19 Cedar Street
Worcester, MA  01609

                                                *s/ William J. Ritter*                               .
                                                William J. Ritter, Esquire