UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 05-40071-FDS

---

CHRISTIAN SCHWENK
    Plaintiff,

v.

AUBURN SPORTSPLEX, LLC,
DENNIS NATOLI, JOHN NATOLI,
AND PETER NATOLI,
    Defendants

---

### MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Defendants Auburn Sportsplex, LLC, Dennis Natoli, John Natoli, and Peter Natoli hereby move to continue to Pre-Trial Conference scheduled for November 7, 2007. In support of this Motion, Defendants state as follows:

1. Counsel for the Defendants have requested leave to withdraw as counsel for the Defendants;

2. The continuance will permit Defendants to retain successor counsel;

3. The parties are not prejudiced given that the case was delayed a great number of months due to the death of the Plaintiff; and

4. Plaintiff does not object to this Motion.

For the foregoing reason, Defendants request that the Pre-Trial Conference be continued sixty (60) days for Defendants to retain successor counsel.

                        Auburn Sportsplex, LLC,
                        Dennis Natoli, John Natoli
                        and Peter Natoli
                        by their attorney,

                        *s/ William J. Ritter*                           .
                        William J. Ritter, Esquire
                        BBO #552397
                        Pojani Hurley Ritter & Salvidio, LLP
                        446 Main Street
                        Worcester, MA 01608
                        Phone:  508.798.2480

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, I served a copy of the within MOTION TO CONTINUE PRE-TRIAL CONFERENCE by

mailing a copy of same postage prepaid upon:

Paul E. Linet, Esquire
Law Offices of Paul E. Linet, P.C.
PO Box 533
Acton, MA  01720

John Natoli
13 Gilbert Way
Millbury, MA 01527-1420

Peter Natoli
406 Treasure Island
Webster, MA  01570

Dennis Natoli
370 South Street
Auburn, MA  01501

Auburn Sportsplex, LLC
PO Box 124
Auburn, MA  01501

and by electronic filing upon:

Douglas L. Fox, Esquire
Shumway, Giguere & Fox, P.C.
19 Cedar Street
Worcester, MA  01609

                        *s/ William J. Ritter*                           .
                        William J. Ritter, Esquire