UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 05 CV 40071-FDS

CHRISTIAN SCHWENK, )
    Plaintiff, )
  )
v. )
  )
AUBURN SPORTSPLEX, LLC, )
DENNIS NATOLI, JOHN NATOLI )
and PETER NATOLI, )
    Defendants. )
  )

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter my appearance as attorney for the defendants, AUBURN SPORTSPLEX, LLC, DENNIS NATOLI, JOHN NATOLI and PETER NATOLI, in the above-entitled action.

Respectfully submitted,

John J. Regan
BBO #544720
DOLAN & REGAN
10 Chestnut Street
Peabody, MA 01960-5404
Tel: (978) 538-9500

## CERTIFICATE OF SERVICE

    I, John J. Regan, attorney for the Defendants in the above-entitled civil action, hereby certify that on January 16, 2008, I served the within NOTICE OF APPEARANCE on the plaintiff in hand directed to his counsel-of-record, viz., Douglas L. Fox, Esquire Shumway, Giguere & Fox, PC, 19 Cedar Street, Worcester, Massachusetts 01609.

                                                    John J. Regan