UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No. 05-40071-FDS

CHRISTIAN SCHWENK
    Plaintiff,

v.

AUBURN SPORTSPLEX, LLC,
DENNIS NATOLI, JOHN NATOLI,
AND PETER NATOLI,
    Defendants

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my withdrawal of appearance as attorney for the Defendant Auburn Sportsplex, LLC. Successor counsel, John J. Regan, has filed his Notice of Appearance for all Defendants.

    Auburn Sportsplex, LLC,
    by its attorney,

    *s/ William J. Ritter* .
    William J. Ritter, Esquire
    BBO #552397
    Pojani Hurley Ritter & Salvidio, LLP
    446 Main Street
    Worcester, MA 01608
    Phone: 508.798.2480

CERTIFICATE OF SERVICE

  I hereby certify that on January 17, 2008, I served a copy of the within Notice of Withdraw by electronic filing upon:

Douglas L. Fox, Esquire
Shumway, Giguere & Fox, P.C.
19 Cedar Street
Worcester, MA  01609

Paul E. Linet, Esquire
Law Offices of Paul E. Linet, P.C.
PO Box 533
Acton, MA  01720

John J. Regan, Esquire
Dolan & Regan
10 Chestnut Street
Peabody, MA  01960

                *s/ William J. Ritter*     .
                William J. Ritter, Esquire