UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 05 CV 40071-FDS

```
*************************************)
NANCY SCHWENK, PERSONAL              )
REPRESENTATIVE OF THE ESTATE OF      )
CHRISTIAN SCHWENK,                   )
                Plaintiff            )
                                     )
v.                                   )
                                     )
AUBURN SPORTSPLEX, LLC, DENNIS       )
NATOLI, JOHN NATOLI, and PETER       )
NATOLI,                              )
                Defendants           )
**************************************
```

## MOTION TO CONVERT FINAL PRE-TRIAL CONFERENCE TO STATUS CONFERENCE

The Plaintiff hereby moves that the final pre-trial conference presently scheduled for April 7, 2008 be converted to a status conference.

As grounds therefor, Plaintiff states that when the parties were last before the court, on January 16, 2008, there was an agreement to engage in non-binding mediation before Magistrate Judge Hillman, and at that time, the present final pre-trial conference date was set.

However, it has taken some time to schedule the mediation, notice of which was issued on March 10, 2008, setting mediation for May 2, 2008.

Under the circumstances, since it was anticipated the mediation would have occurred before final pre-trial conference, it would be more efficient to postpone final pre-trial conference to a date after mediation, if such a conference should be necessary.

Additionally, Plaintiff requests that the final pre-trial conference presently scheduled for April 7, 2008 be converted to a status conference. Since successor counsel has entered his

appearance in this case on behalf of the defendants, Plaintiff has made repeated requests for the financial and accounting information to which she is entitled as part owner, and which is absolutely required in order to intelligently evaluate her options going into mediation.  However, to date, no information has been provided.

The court's assistance is therefore required in effectuating this request so that the mediation will be to useful purpose.  It simply makes no sense to engage in mediation if one of the parties to the dispute lacks material financial information upon which to base settlement decisions.

In the event counsel for defendant is unable to persuade his clients to produce the subject financial information at the urging of this court, Plaintiff proposes extending the discovery deadline for the limited purpose of allowing the service of request for production of documents, which, if not complied with, would be subject to further order of the court pursuant to Rule 37.

        Plaintiff,
        By his attorney,

        _____/S/____Douglas L. Fox_____
        Douglas L. Fox, Esq
        BBO#:   176380.
        Shumway, Giguere & Fox, PC
        19 Cedar Street
        Worcester, MA  01609
        (508) 756-2323

## CERTIFICATE OF SERVICE

On this 27th day of March 2008, I, Douglas L. Fox, Esquire, hereby certify that I served the within *Motion to Convert Final Pre-Trial Conference to Status Conference* upon the Defendants, by mailing a copy of the same, first-class mail, postage prepaid, to Defendants' Counsel of Record:

> John J. Regan, Esq.
> Dolan & Regan
> 10 Chestnut Street
> Peabody, MA 01960-5404

                                                                            /S/    Douglas L. Fox
                                                                         *DOUGLAS L. FOX, ESQUIRE*
                                                                          BBO #176380