UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.: 05 CV 40071-FDS

```
************************************)
NANCY SCHWENK, PERSONAL             )
REPRESENTATIVE OF THE ESTATE OF     )
CHRISTIAN SCHWENK,                  )
             Plaintiff              )
                                    )
v.                                  )
                                    )
AUBURN SPORTSPLEX, LLC, DENNIS      )
NATOLI, JOHN NATOLI, and PETER      )
NATOLI,                             )
             Defendants             )
************************************
```

JOINT MOTION TO POSTPONE MEDIATION

The parties hereby jointly move to postpone the mediation scheduled for tomorrow upon the grounds that the financial documentation needed by plaintiff to plan for and participate in the mediation has not yet been produced. Defendants expect to produce this information within the next week, following which plaintiff will require adequate time to review and analyze.

Therefore, the parties respectfully request that the mediation be postponed for 30 days.

| | |
|---|---|
| *s/ John J. Regan* | *s/ Douglas L. Fox* |
| John J. Regan, Esq. | Douglas L. Fox, Esq |
| BBO#: 544720 | BBO#: 176380. |
| Dolan & Regan | Shumway, Giguere & Fox, PC |
| 10 Chestnut Street | 19 Cedar Street |
| Peabody, MA 01960-5404 | Worcester, MA 01609 |
| (978) 538-9500 | (508) 756-2323 |