UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

CIVIL ACTION NO.:  05 CV 40071-FDS

_____
)
NANCY SCHWENK, PERSONAL       )
REPRESENTATIVE OF THE ESTATE OF )
CHRISTIAN SCHWENK,              )
      Plaintiff,                )
                            )
v.                            )
                            )
AUBURN SPORTSPLEX, LLC, DENNIS  )
NATOLI, JOHN NATOLI, and PETER   )
NATOLI,                    )
      Defendants.            )
_____)

## JOINT MOTION TO RESCHEDULE FINAL PRETRIAL CONFERENCE

      Now come the parties to the above-entitled civil action and hereby move that the Final Pretrial Conference scheduled for July 25, 2008 be rescheduled to late August or September of 2008.

      As grounds for this motion the parties state that the case is scheduled for an Alternative Dispute Resolution hearing on August 5, 2008 before Magistrate Judge Timothy S. Hillman.

      Wherefore, the parties request the Final Pretrial Conference be continued to a date after the Alternative Dispute Resolution hearing.

The Plaintiff                        The Defendants
By her attorney,                  By their attorney,

/s/ Douglas L. Fox, Esq.          /s/ John J. Regan, Esq.
BBO#176380                   BBO#544720
Shumway, Giguere & Fox, P.C.    Dolan & Regan
19 Cedar Street               10 Chestnut Street
Worcester, MA  01609         Peabody, MA 0160
(508) 756-2323               (978) 538-9500