LAW OFFICES OF

# Shumway, Giguere & Fox, P.C.

Nineteen Cedar Street
Worcester, Massachusetts 01609

Douglas L. Fox

Tel: (508) 756–2323
Fax: (508) 752 - 7736
Writer's Direct E-Mail Address: DLF@SGFPC.COM

Boston Office *
2 Center Plaza, Suite 510
Boston, MA 02108
(800) 834-2324

August 6, 2008

Lisa Roland
United States District Court
Harold D. Donahue Federal Building & Courthouse
595 Main Street, 5th Floor
Worcester, MA  01608

**Re:   *Schwenk v. Auburn Sportsplex LLC et al***
**CA#:  05 CV 40071-FDS**

Dear Ms. Roland:

I would like to request a copy of the transcript from the ADR Hearing before Judge Hillman on June 2, 2008 regarding the above matter.

If you have any questions, feel free to contact me.  Thank you for your attention to this matter.

Very truly yours,

   s/ Douglas L. Fox

Douglas L. Fox, Esq.

DLF/ld

* Please direct all correspondence to the Worcester Office