**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

NANCY SCHWENK,

      Plaintiff,                                          CIVIL ACTION
v.                                                     NO.  05-40071-FDS

AUBURN SPORTSPLEX, LLC, et. al.,

      Defendant,


REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

HILLMAN, M.J.

On   August 5, 2008   this case was scheduled for the following ADR proceeding:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | _X_ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |

The parties contacted the court this day and reported

The case was:

( )    Settled.  Your clerk should enter a____ day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
(**X**)  Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive.  This case should be restored to your trial list.


September 5, 2008                                      /s/ Timothy S. Hillman
Date                                                TIMOTHY S. HILLMAN, M.J.